IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:15cr74DPJ-LRA

SHOVOKIE DEMORRIS DIXON, JR.

RESPONSE TO MOTION FOR CONTINUANCE

The United States Attorney, through his Assistant, would submit to this Court that the United States does not object the Motion for Continuance of the trial filed by the defendant.

Respectfully submitted,

GREGORY K. DAVIS

*s/John M. Dowdy, Jr.*

JOHN M. DOWDY, JR.
Assistant U.S. Attorney
MS Bar #8896

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties.

DATED this the 23rd day of October, 2015.