IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr74DPJ-LRA

SHOVOKIE DEMORRIS DIXON, JR.

RESPONSE TO MOTION FOR CONTINUANCE

The United States Attorney, through his Assistant, would submit to this Court that the United States does not object the Motion for Continuance [Docket Entry #53] of the trial filed by the defendant.

Submitted this the 22nd day of January, 2016.

GREGORY K. DAVIS
United States Attorney

By:   *s/ John M. Dowdy, Jr.*
JOHN M. DOWDY, JR.
Assistant U.S. Attorney
MS Bar #8896
501 E. Court Street
Suite 4.430
Jackson, MS 39201
601-973-2813
john.dowdy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties.

DATED this the 22nd day of January, 2016.

*s/ John M. Dowdy, Jr.*
JOHN M. DOWDY, JR.
Assistant U.S. Attorney
MS Bar #8896
501 E. Court Street
Suite 4.430
Jackson, MS 39201
601-973-2813
john.dowdy@usdoj.gov